J. JEFFREY CRAVEN, Appellant, v JOHN C. RIGAS et al., Respondents.

Submitted August 15, 2011; decided November 21, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.